IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**LOLITA R. WARD**                                                                                          **PLAINTIFF**

**VS.**                                                  **CIVIL ACTION NO.: 3:12-cv-00616-WHB-RHW**

**JACKSON STATE UNIVERSITY, et al.**                                                            **DEFENDANTS**

### RE-NOTICE OF DEPOSITION

TO:   Rogen K. Chhabra
      CHHABRA & GIBBS, P.A.
      120 North Congress Street, Suite 200
      Jackson MS 39201

      Michael Saltaformaggio
      MAGGIO LAW GROUP, PLLC
      2628 Southerland Drive, Suite A
      Jackson MS 39210

**PLEASE TAKE NOTICE** that counsel for Defendants, Jackson State University, Dr. Vivian Fuller, and Dr. Carolyn Myers, will take the deposition of Plaintiff Lolita R. Ward, on Thursday, January 23, 2014, at 2:00 p.m., at the law offices of Chhabra & Gibbs, P.A., 120 North Congress Street, Suite 200, Jackson, Mississippi, before an official court reporter, and notary public, who is authorized to administer oaths.

This deposition will be taken for all purposes pursuant to the Federal Rules of Civil Procedure and will continue from day to day until completed.  You are hereby invited to attend and be present for this deposition.

THIS, the 21st day of January, 2014.

        Respectfully submitted,

        PHELPS DUNBAR LLP


        BY:  */s/ Jason T. Marsh*
            LaToya C. Merritt, MB #100054
            Jason T. Marsh, MS Bar No.: 102986
            4270 I-55 North
            Jackson, Mississippi 39211-6391
            Post Office Box 16114
            Jackson, Mississippi  39236-6114
            Telephone: 601-352-2300
            Telecopier: 601-360-9777
            Email: merrittl@phelps.com
                jason.marsh@phelps.com

        **ATTORNEYS FOR DEFENDANTS JACKSON STATE UNIVERSITY, DR. VIVIAN FULLER, AND DR. CAROLYN MYERS**

## **CERTIFICATE OF SERVICE**

I, JASON T. MARSH, do hereby certify that I have this day filed the foregoing *RE-NOTICE OF DEPOSITION* with the clerk of the court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Rogen K. Chhabra
CHHABRA & GIBBS, P.A.
120 North Congress Street, Suite 200
Jackson MS 39201
(601) 948-8005
rchhabra@cglawms.com

Michael Saltaformaggio
MAGGIO LAW GROUP, PLLC
2628 Southerland Drive, Suite A
Jackson MS 39216
(769) 257-7594
maggiolawgroup@gmail.com

*ATTORNEYS FOR PLAINTIFF*

THIS, 21st day of January, 2014.

*/s/ Jason T. Marsh*
Jason T. Marsh